IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARC ANTHONY TOWNES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 13-0403-CG-M |
| | ) | CRIMINAL NO. 07-00039-CG-M |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United State of America, and against Petitioner, Marc Anthony Townes.

**DONE and ORDERED** this 1st day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE